Rabin J. Pournazarian, Bar No. 186735
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorney for Debtor
Felicia E. Pim

FILED & ENTERED

JAN 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

In re:

**FELICIA E. PIM,**

                    Debtor.

Case No: RS09-35683-SB
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION FOR ORDERS DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS AND EXTINGUISHING THE LIEN OF COUNTRYWIDE HOME LOANS, INC., (SERVICED BY BAC HOME LOANS SERVICING, LP.)**

Date:   December 22, 2009
Time:   3:00 p.m.
Place:  3420 Twelfth Street #302
           Riverside, CA 92501

        Having reviewed the Motion and good cause appearing, the following rulings are made on

the note and lien held Countrywide Home Loans, Inc., (Serviced by BAC Home Loans Servicing,

LP.) which is secured by a deed of trust that was recorded on June 1, 2007, as Document Number

2007-0361678, is hereby stripped off, and declared null and void, and that Respondent be treated as

a wholly unsecured creditor.

        Based upon findings of fact and conclusions of law stated orally and recorded in open court

pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made

applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDERED** that the claim of the debtor secured by the second deed of trust on the property shall be paid through the chapter 13 plan as a general unsecured claim

**ORDERED** that if the debtor completes the chapter 13 plan and receives a discharge in this chapter 13 case, the lienholder shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the following described real property.

Real property which is located at 14458 Ithica Drive, Corona, CA 92880 and is legally described as:

PARCEL 1:

LOT 93 OF TRACT NO. 30913-1, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 406 PAGES 1 THROUGH 22, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PARCEL OF PROPERTY HEREINABOVE DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER PROPERTY, INCLUDING THE RIGHT OF WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTIES OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY HEREINAFTER DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, EQUIP, MAINTAIN, REPAIR, DEEPEN, AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE OR OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE PROPERTY HEREINABOVE DESCRIBED, EXCEPTING THEREFROM ONE-HALF INTEREST IN AND TO ALL OIL, GAS, HYDROCARBONS AND OTHER MINERALS, AS RESERVED BY ARTHUR H. THOMPSON, ET AL, IN THE DEEDS RECORDED FEBRUARY 27, 1956 AS INSTRUMENT NO. 13674 AND NOVEMBER 26, 1956 AS INSTRUMENT NO.79944, BOTH OF OFFICIAL RECORDS, AND ALSO EXCEPTING THEREFROM A ONE-FOURTH INTEREST IN AND TO ALL OIL, GAS, HYDROCARBONS AND OTHER MINERALS, AS RESERVED BY ALFRED FISKE, JR. ET AL, IN THE DEEDS RECORDED APRIL 2, 1956 AS INSTRUMENT NO. 22876; APRIL 5, 1956 IN BOOK 1892 PAGE 75; APRIL 26, 1956 AS INSTRUMENT NO. 30592; NOVEMBER 26, 1956 AS INSTRUMENT NO. 80010; DECEMBER 14, 1956 IN BOOK 2012 PAGE 236; AND SEPTEMBER 30, 1957 AS INSTRUMENT NO. 69823, ALL OF OFFICIAL RECORDS.

PARCEL 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER

PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MEADOWSIDE ("DECLARATION"), RECORDED ON JUNE 30, 2006 AS INSTRUMENT NO. 2006-0478666, OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, INCLUDING ANY AMENDMENTS THERETO.

ASSESSOR'S PARCEL NUMBER: 130-640-008-6

and it is further

     **ORDERED** that if this chapter 13 case is dismissed or converted to a case under another chapter under Title 11, or if the debtors fail to receive a discharge in this chapter 13 case, the lienholder's deed of trust on the property shall be unaffected by this bankruptcy case and shall remain a lien against the property.

     **ORDERED** that if a senior lienholder on the property forecloses on the property prior to the date on which the debtors receive a discharge in the chapter 13 case, the lienholder shall retain all rights under applicable state law with regard to its lien; and

     **ORDERED** that the parties shall bear their own costs.

# # # #

DATED: January 26, 2010

_____
United States Bankruptcy Judge

-3-

| In re:  Pim, Felicia E | CHAPTER  13 |
|---|---|
| Debtors. | CASE NUMBER  RS09-35683-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described **ORDER GRANTING DEBTOR'S MOTION FOR ORDERS DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS AND EXTINGUISHING THE LIEN OF COUNTRYWIDE HOME LOANS, INC., (SERVICED BY BAC HOME LOANS SERVICING, LP.)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 5, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Samuel L. Bufford  (U.S. Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 5, 2010 | Nicholas Cheung | /s/ Nicholas Cheung | |
|---|---|---|---|
| Date | Typed Name | Signature | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:  Pim, Felicia E | CHAPTER  13 |
| --- | --- |
| Debtors. | CASE NUMBER  RS09-35683-SB |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney)
who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **ORDER GRANTING DEBTOR'S MOTION FOR
ORDERS DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS AND EXTINGUISHING THE
LIEN OF COUNTRYWIDE HOME LOANS, INC., (SERVICED BY BAC HOME LOANS SERVICING, LP.)** was entered on
the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s)
and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and
hyperlink to the judgment or order. As of   January 5, 2010   , the following person(s) are currently on the Electronic Mail
Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated
below.

       Rod (SB) Danielson     notice-efile@rodan13.com
       David F Makkabi     cmartin@pprlaw.net
       Rabin J Pournazarian     rabin@pricelawgroup.com
       Matthew D Tokarz     mtokarz@mileslegal.com, ecf.cmbk@mileslegal.com
       United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by
U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Felicia E Pim
14458 Ithica Drive
Corona, CA 92880

☐Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which
bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp
by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following
person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

SEE ATTACHED SERVICE LIST

☒Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| In re:  Pim, Felicia E | CHAPTER  13 |
|---|---|
| Debtors. | CASE NUMBER  RS09-35683-SB |

## SERVICE LIST FOR ENTERED ORDER

**ALL SERVED BY U.S. MAIL**

### CHAPTER 13 TRUSTEE
Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501

### CREDITORS
Bank of America
Bankruptcy Department
Post Office Box 2278
Norfolk VA 23501-0000

Countrywide Home Loans, Inc.
MS SV-79 Document Processing
P.O. Box 10423
Van Nuys, CA 91410-0423

Attn: Mark E. Elbaum, CFO
Countrywide Home Loans, Inc.
4500 Park Granada #11
Calabasas, CA 91302

Attn: Kenneth D. Lewis, President
Bank of America N.A.
101 S. Tryon Street
Charlotte, NC 28255

Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

### AGENT FOR SERVICE OF PROCESS FOR:
### COUNTRYWIDE HOME LOANS;
### BANK OF AMERICA, N.A. AND
### BANK OF AMERICA CORPORATION
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

-6-